

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ted Clinton Murray,

Vs. No. 11-15-00112-CR

The State of Texas,

* From the 358th District Court
of Ector County,
Trial Court No. D-44,172.

* May 25, 2017

* Memorandum Opinion by Bailey, J.
(Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.